```
                  UNITED STATES DISTRICT COURT
                           FOR THE
                      DISTRICT OF VERMONT


PAUL L. MURPHY,                        :
              Plaintiff,               :
                                       :
         v.                            : Docket No. 2:06-CV-223
                                       :
VERMONT DEPARTMENT OF                  :
CORRECTIONS, PRISON HEALTH             :
SERVICES,                              :
              Defendants.              :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed November 16, 2006.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plainitff's motion to proceed *in forma pauperis* is DENIED and the complaint is DISMISSED without prejudice (paper 1) for failure to assert a valid claim.

Dated at Burlington, in the District of Vermont, this 18th day of January, 2007.

```
                         /s/ William K. Sessions III
                         William K. Sessions III
                         Chief Judge
```